UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-01268-SSS-DFMx | Date | January 27, 2025 |
| Title | *Brigitte Bogart v. RTW Retailwinds Acquisition LLC et al* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) <u>AMENDED</u> ORDER TO SHOW CAUSE WHY DEFENDANTS' ANSWER SHOULD NOT BE STRICKEN AND DEFAULT SHOULD NOT BE ENTERED**

This case is set for trial on February 24, 2025, with a Final Pretrial Conference on January 31, 2025. [Dkt. 54 at 4]. Defendants have failed to file any required pretrial documents in violation of this Court's Civil Trial Order. [*See* Dkt. 54 at 5–12]. In a status report filed only by Plaintiff, she states Defendants have "failed to participate in any way" in this litigation. [Dkt. 67]. The record in this case similarly reflects Defendants failure to participate. [*See* Dkt. 59 (noting Defendants failure to appear for a hearing regarding motions to compel); *see* Dkt. 56 (Ninth Circuit's dismissal of appeal for Defendants' failure to file an opening brief)].

The Court **ORDERS** Defendants to show cause as to why Defendants' Answer should not be stricken for failure to comply with this Court's orders and default should not be entered. [Dkt. 38]. *VBConversions, LLC v. Gulf Coast Ventures, Inc.*, No. CV 12-8265 JGB (AGRx), 2016 WL 11687659, at *2 (C.D. Cal. Jan. 20, 2016) ("District courts have the inherent authority to strike an answer and declare a default as a sanction for a party's failure to prosecute, contempt of a court order, or abusive litigation practices."). Defendants are **ORDERED** to

respond **by noon on January 30, 2025**. The Court **SETS** a hearing regarding this Order to Show Cause for **January 31, 2025 at 1 P.M.** in person at Courtroom 2 on the 2nd floor of the United States District Court, 3470 12th Street, Riverside, California 92501.

**IT IS SO ORDERED.**