JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE BOGART,<br><br>               Plaintiff,<br><br>    v.<br><br>RTW RETAILWINDS ACQUISITION LLC, a Delaware limited liability company; SAADIA GROUP LLC, a New York limited liability company; and DOES 1 through 10,<br><br>               Defendants. | Case No.: 8:23-cv-01268-SSS-DFMx<br><br>**FINAL JUDGMENT** |

    After full consideration of the pleadings and papers on file in this case and the evidence on record, **IT IS HEREBY ORDERED** that:

    Plaintiff Brigette Bogart shall recover from Defendants, RTW Retailwinds Acquisition LLC and Saadia Group LLC, $466,230.76 for unpaid wages and waiting time penalties; pre-judgment interest on unpaid wages from January 13, 2023, through the date of entry of the Default Judgment at the rate of $129.51, per day, pre-judgment on the waiting time penalties from February

12, 2023, through the date of entry of the Default Judgment at the rate of $13.40, per day, and post-judgment interest.

In addition, the Court **DECLARES** the post-employment non-competition and non-solicitation provisions, and the forum of New York and the choice of law provisions in, without limitation, Paragraphs 10, 11, 12, 13, 14, 16, and 20, of the Employment Agreement are invalid and illegal under California law, are not enforceable against Plaintiff, and cannot be a basis to deny Plaintiff her severance; and the waiver and release of claims, and the post-employment non-competition and non-solicitation provisions in, without limitation, Paragraphs 4, 5, and 7, of the Separation Agreement, would also be invalid and illegal under California law, so that Defendants could not properly require Plaintiff to sign the Separation Agreement in order to receive her severance.

**IT IS SO ORDERED**.

DATED: April 28, 2025

---
SUNSHINE S. SYKES
United States District Judge